IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:11CR207 |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| v. | ) | |
| VASO SHANI, | ) | |
| Defendant. | ) | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Northern District of Ohio hereby dismisses the Indictment against Vaso Shani in Case No. 1:11CR207.

Steven M. Dettelbach
United States Attorney

Leave of court is granted for the filing of the foregoing dismissal.

Christopher A. Boyko
United States District Judge

Date: 5/6/15